# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT
### Eastern District of New York

_____

**UNITED STATES OF AMERICA**   Docket Number: **22-CR-473-DLI**

-v-   District Court Judge: **Honorable Dora L. Irizarry**

**KARA STERNQUIST,**
                    Defendant.
_____

Notice is hereby given that **KARA STERNQUIST** appeals to the United States Court of Appeals for the Second Circuit from the:

☒   Judgment
☐   Order
☐   Other: _____   entered in this action on **8/02/2024**

Offense occurred after November 1, 1987: ☒ **Yes**   The appeal concerns: ☐ Conviction Only
                                         ☐ **No**                         ☐ Sentence Only
                                                                          ☒ Conviction and Sentence

DATE: **August 6, 2024**

TO:  **AUSA Turner Buford, Esq.**

FROM: **Kara Sternquist**
      Reg. No. 44404-061

      **Allegra Glashausser, Esq.**
      *Of Counsel*

**BARRY D. LEIWANT, ESQ.**
**Counsel for Appellant**
**FEDERAL DEFENDERS OF NEW YORK, INC.**
52 Duane Street - 10th Floor
New York, NY 10007
(212) 417-8700

---

| (TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ➤QUESTIONNAIRE | ➤TRANSCRIPT ORDER ➤DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPTS IS REQUIRED (INCLUDE DATE) |
| ☒ I am ordering a transcript<br>☐ I am not ordering a transcript<br>REASON:<br>☐ Daily copy is available<br>☐ U. S. Attorney has placed order<br>☐ Other: (Attach explanation) | ☒ Change of Plea Hearing:  **12-20-23**<br>☐ Trial:<br>☒ Sentencing Hearing(s): **8-02-2024**<br>☐ Post-trial proceedings**:** |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript (FRAP 10(b))  ➤ Method of payment  ☐ Funds   ☐ CJA Form 24   ☒ **Federal Defenders of New York, Inc.**

Attorney's Signature:
*Allegra Glashausser/bp*

Date: **August 6, 2024**

➤COURT REPORTER ACKNOWLEDGMENT-To be completed by Court Reporter and forward to Court of Appeals.

| Date order received: | Estimated Completion Date: | Estimated # of Pages: |
|---|---|---|
|  |  |  |

Date _____   Signature_____
                                                              (Court Reporter)

CLOSED,APPEAL

# U.S. District Court
## Eastern District of New York (Brooklyn)
### CRIMINAL DOCKET FOR CASE #: 1:22−cr−00473−DLI All Defendants

Case title: USA v. Sternquist

Magistrate judge case number: 1:22−mj−01005−RLM

Date Filed: 10/17/2022

Date Terminated: 08/09/2024

---

Assigned to: Judge Dora Lizette Irizarry

### Defendant (1)

| | |
|---|---|
| **Kara Sternquist**<br>*TERMINATED: 08/09/2024*<br>also known as<br>Cara Sandiego<br>*TERMINATED: 08/09/2024*<br>also known as<br>Kara Withersea<br>*TERMINATED: 08/09/2024* | represented by **Allegra W. Glashausser**<br>Federal Defenders of New York<br>One Pierrepont Plaza<br>16th Floor<br>Brooklyn, NY 11201<br>(212)417−8739<br>Fax: (718)855−0760<br>Email: allegra_glashausser@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Public Defender or Community Defender Appointment<br><br>**Denis P. Kelleher**<br>Talkin, Muccigrosso & Roberts LLP<br>40 Exchange Place<br>18th Floor<br>NY, NY 10005<br>212−922−1080<br>Email: dkelleher@talkinlaw.com<br>*TERMINATED: 09/21/2022*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Retained<br><br>**Sanford Talkin**<br>Talkin, Muccigrosso & Roberts LLP<br>40 Exchange Place<br>18th Floor<br>New York, NY 10005<br>212−482−0007<br>Fax: 212−482−1303<br>Email: samt@talkinlaw.com<br>*TERMINATED: 09/21/2022*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Retained |

### Pending Counts

18:922(g)(1), 924(a)(2) and 3551 et seq − Felon in Possession of a Firearm
(3)

### Disposition

Deft. sentenced to 60 months in custody, followed by 3 years of Supervised release with Special Conditions: 1. Search condition; 2. Mental health evaluation and participation in treatment if deemed necessary; 3. May not possess a firearm, ammunition, or destructive device. $100 special

assessment. No fine due to inability to pay. Restitution not applicable. Counts 1 and 2 previously dismissed. Recs. to BOP: 1. Designation to FMC Carswell or FMC Lexington or another women's medical facility; 2. Provide gender–affirming and other medical care.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1017, 2 and 3551 et seq – Government Seals Wrongfully Procured (1) | Dismissed without prejudice pursuant to the Government's motion at the Change of Plea Hearing held on 12/20/2023. |
| 18:701 and 3551 et seq – Unauthorized Possession of Badges, Identification Cards and Other Insignia (2) | Dismissed without prejudice pursuant to the Government's motion at the Change of Plea Hearing held on 12/20/2023. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| (18 U.S.C. § 1017) | |

**Plaintiff**

**USA**    represented by   **Andres Palacio**
DOJ–USAO
Eastern District of New York
271A Cadman Plaza East
Brooklyn, NY 11201
718–254–6215
Email: Andres.Palacio@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Frank Turner Buford**
U.S. Department of Justice
271 Cadman Plaza East
Brooklyn, NY 11201
718–254–6483
Fax: 718–254–6479
Email: turner.buford@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Claire S. Kedeshian**
United States Attorneys Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201–1820
(718) 254–7000

Fax: (718) 254–6081  
Email: claire.kedeshian@usdoj.gov  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/15/2022 | 1 | COMPLAINT as to Kara Sternquist (1). Signed by Judge Roanne Mann dtd 9/15/2022. (Yuen, Sui–May) [1:22–mj–01005–RLM] (Entered: 09/16/2022) |
| 09/15/2022 | | Minute Entry for proceedings held before Magistrate Judge Roanne L. Mann:Arraignment as to Kara Sternquist on the Complaint held on 9/15/2022, Initial Appearance as to Kara Sternquist held on 9/15/2022. (FTR Log #3:19–3:22 crtrm 2A.) AUSA Andres Palacios present. Defendant present w/ retain counsel Dennis Kelleher. No bail application presented. Detention hearing set for 9/21 at 11am. Temporary order of detention entered. Defendant waived preliminary hearing. Rule 5f order read into the record. Medical memo issued to MDC. (Yuen, Sui–May) [1:22–mj–01005–RLM] (Entered: 09/16/2022) |
| 09/15/2022 | 2 | NOTICE OF ATTORNEY APPEARANCE: Denis P. Kelleher appearing for Kara Sternquist (Yuen, Sui–May) [1:22–mj–01005–RLM] (Entered: 09/16/2022) |
| 09/15/2022 | 3 | TEMPORARY COMMITMENT Issued as to Kara Sternquist – detention hearing set for 9/21 at 11am Signed by Judge Roanne Mann dtd 9/15/2022. (Yuen, Sui–May) [1:22–mj–01005–RLM] (Entered: 09/16/2022) |
| 09/15/2022 | 4 | ORDER: This order is entered pursuant to Federal Rule of Criminal Procedure 5(f) to confirm the prosecution's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and to summarize the possible consequences of violating those obligations. as to Kara Sternquist. Ordered by Magistrate Judge Roanne L. Mann on 9/15/2022. (Yuen, Sui–May) [1:22–mj–01005–RLM] (Entered: 09/16/2022) |
| 09/16/2022 | 5 | NOTICE OF ATTORNEY APPEARANCE Frank Turner Buford appearing for USA. (Buford, Frank) [1:22–mj–01005–RLM] (Entered: 09/16/2022) |
| 09/19/2022 | 6 | NOTICE OF ATTORNEY APPEARANCE Andres Palacio appearing for USA. (Palacio, Andres) [1:22–mj–01005–RLM] (Entered: 09/19/2022) |
| 09/20/2022 | 7 | MOTION to Continue *and to be Relieved as Counsel* by Kara Sternquist. (Talkin, Sanford) [1:22–mj–01005–RLM] (Entered: 09/20/2022) |
| 09/21/2022 | | Minute Entry for proceedings held before Magistrate Judge Sanket J. Bulsara:Docket Call as to Kara Sternquist held on 9/21/2022. AUSA Turner Buford present. Dft present w/ret counsel Denis Kelleher. Ret counsel's motion to be relieved as counsel granted. FDNY Michael Padden present for FDNY Allegra Glashausser and accepts the appointment. 2nd call: AUSA Turner Buford present. Dft present w/federal defender Allegra Glashausser. Dfse counsel stated that dft does not a bail package to present due to the lack of time. Order of detention entered. Medical memo issued. (FTR Log 2A # 9/21/22 11:25–11:29; 3:09–3:26.) (Chin, Felix) [1:22–mj–01005–RLM] (Entered: 09/22/2022) |
| 09/21/2022 | 8 | ORDER granting 7 Motion to be relieved as counsel as to Kara Sternquist (1)Ordered by Magistrate Judge Sanket J. Bulsara on 9/21/2022. (Chin, Felix) [1:22–mj–01005–RLM] (Entered: 09/22/2022) |
| 09/21/2022 | 9 | CJA 23 Financial Affidavit by Kara Sternquist (Chin, Felix) [1:22–mj–01005–RLM] (Entered: 09/22/2022) |
| 09/21/2022 | 10 | ORDER OF DETENTION as to Kara Sternquist. Ordered by Magistrate Judge Sanket J. Bulsara on 9/21/2022. (Chin, Felix) [1:22–mj–01005–RLM] (Entered: 09/22/2022) |
| 09/22/2022 | 11 | Letter *with draft orders to follow yesterday's oral orders* as to Kara Sternquist (Glashausser, Allegra) [1:22–mj–01005–RLM] (Entered: 09/22/2022) |
| 09/22/2022 | 12 | ORDERS as to Kara Sternquist re 11 Letter. Ordered by Magistrate Judge Sanket J. Bulsara on 9/22/2022. (Chin, Felix) [1:22–mj–01005–RLM] (Entered: 09/22/2022) |
| 09/23/2022 | 13 | Letter *in opposition to MDC motion to vacate this Court's order as to housing placement* as to Kara Sternquist (Von Dornum, Deirdre) [1:22–mj–01005–RLM] |

| | | |
|---|---|---|
| | | (Entered: 09/23/2022) |
| 09/23/2022 | | ORDER TO SHOW CAUSE: The Court has received a letter from the Bureau of Prisons dated September 23, 2022. In addition to spelling the Judge's name incorrectly, the letter to the Court is entirely improper in several respects. The Court's order was issued in a specific case, and filed on ECF. If a party wishes to file something in a case, it must do so via ECF. This correspondence was sent by email to the Court's deputy. And it appears to have been intended to address the Court ex parte, since no cc: on the letter appears (it was only provided to defense counsel by counsel to the Government in email correspondence, which also was not on ECF). This appears to be a common practice by the BOP and occurs in many cases. It is patently improper. This Court does not operate in secret; nor does it entertain ex parte submissions, unless there is a statutory exception to do so, which this is not. Either the United States Attorney's Office, or the Department of Justice, or both represents the Bureau of Prisons in federal court. Neither made this filing. Putting aside these problems, the letter requests vacatur of the orders issued in the case. The DOJ and BOP proceed under the misapprehension that Court orders are advisory, treating them as if they are an opening motion to which they may respond and follow should they wish. The Court directed that Ms. Sternquist be moved no later than **4:00 P.M. yesterday**. If the BOP wished to seek relief from this order, the DOJ was obligated to file a motion to stay, modify, or vacate, and to do so before the deadline to comply expired. No motion was filed (a non−party proceeding via ex parte letter request not filed on ECF is not filing a motion seeking relief). And so the DOJ ignored a Court order, and remains in open defiance of it. Such contumacious conduct risks a contempt sanction. *See* 28 U.S.C. s. 636(e)(2). Counsel in the case are directed to provide a copy of this order immediately to their respective supervisors, including the Chief of the Criminal Division and the Federal Defender for the Eastern District of New York. Accordingly, the DOJ is ordered to show cause by **9/26/2022 at 9:00 A.M.** why it should not be sanctioned and contempt proceedings should not be initiated. So Ordered by Magistrate Judge Sanket J. Bulsara on 9/23/2022. (Dikkers, Maxwell) [1:22−mj−01005−RLM] (Entered: 09/23/2022) |
| 09/24/2022 | 14 | Letter *opposing the MDC's request to vacate this Court's housing order (redacted)* as to Kara Sternquist (Von Dornum, Deirdre) [1:22−mj−01005−RLM] (Entered: 09/24/2022) |
| 09/26/2022 | 15 | Letter *re Response to Order to Show Cause* as to Kara Sternquist (Attachments: # 1 Exhibit) (Buford, Frank) [1:22−mj−01005−RLM] (Entered: 09/26/2022) |
| 09/26/2022 | | ORDER: The Court is in receipt of the Government's response to the order to show cause. In light of the response, which indicates that the Court's prior order regarding Ms. Sternquist's transfer has been complied with, the Court declines to sanction or begin contempt proceedings against the Government. Defense counsel should immediately inform the Court if, in fact, Ms. Sternquist's transfer has not taken place. Separately, the Government's response has been filed under seal. The Court believes that nearly all of the information in the letter is either legal argument or explanation of BOP and DOJ practice, none of which warrants sealing. And with respect to the portions that relate to Ms. Sternquist specifically, those details have been discussed in open court without objection by either side during the proceedings held on September 21, 2022. The Court's preliminary view is that the entirety of the Government's letter should be filed on the public docket. However, by **5:00 P.M. on 9/26/2022**, the Government shall file the letter on the public docket, with any information redacted which it believes satisfies the standards set forth in *Lugosch v. Pyramid Co.*, 435 F.3d 110 (2d Cir. 2006), and which is consistent with this order. Alternatively, the Government may file the entirety of the letter on the public docket. If necessary, the Court will direct briefing on the propriety sealing and redaction of either the Government's letter or defense counsel's 9/23/2022 response but is hopeful such practice is unnecessary. So Ordered by Magistrate Judge Sanket J. Bulsara on 9/26/2022. (Dikkers, Maxwell) [1:22−mj−01005−RLM] (Entered: 09/26/2022) |
| 09/26/2022 | 16 | NOTICE OF ATTORNEY APPEARANCE Andres Palacio appearing for USA. (Palacio, Andres) [1:22−mj−01005−RLM] (Entered: 09/26/2022) |
| 09/26/2022 | 17 | Letter *re Response to Order to Show Cause (filed publicly per the Court's September 26, 2022 Order)* as to Kara Sternquist (Attachments: # 1 Exhibit) (Buford, Frank) [1:22−mj−01005−RLM] (Entered: 09/26/2022) |

| | | |
|---|---|---|
| 09/27/2022 | 18 | TRANSCRIPT of Proceedings as to Kara Sternquist held on September 21, 2022, before Judge Bulsara. Court Transcriber: Transcriptions Plus II, Inc.. Email address: RL.Transcriptions2@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 10/18/2022. Redacted Transcript Deadline set for 10/28/2022. Release of Transcript Restriction set for 12/26/2022. (Rocco, Christine) [1:22–mj–01005–RLM] (Entered: 09/27/2022) |
| 09/27/2022 | 19 | Letter *with draft orders for medical records* as to Kara Sternquist (Glashausser, Allegra) [1:22–mj–01005–RLM] (Entered: 09/27/2022) |
| 09/27/2022 | 20 | Letter *with draft orders for medical records (amended)* as to Kara Sternquist (Glashausser, Allegra) [1:22–mj–01005–RLM] (Entered: 09/27/2022) |
| 09/27/2022 | 21 | ORDER: The U.S. Marshals and the BOP shall allow anyone from the FDNY, including but not limited to Allegra Glashausser, Vivianne Guevara, and Jesse Ryan, to visit Ms. Sternquist in any hospital where she is admitted for treatment, including the Brooklyn Hospital Center, for the duration of her hospitalization. The request for an order directing the MDC and any hospital to give defense counsel copies of Ms. Sternquists medical records is denied without prejudice to renewal. At any visit authorized by paragraph (1) one of this Order, defense counsel should seek to obtain verbal or written authorization and permission from Ms. Sternquist to obtain her medical records. Any verbal authorization can be documented by counsel in a declaration submitted to the Court. Should counsel obtain such authorization, the Court will then order release of medical records. If authorization cannot be obtained due to the nature of Ms. Sternquists medical condition, counsel can renew the application and provide citation to any authority to order release of medical information under HIPAA or other applicable authority. If Ms. Sternquist has already given authorization, counsel may renew the application immediately without proceeding to visit her, by submitting a declaration to that effect. So Ordered by Magistrate Judge Sanket J. Bulsara on 9/27/2022. (Manson, Eddie) [1:22–mj–01005–RLM] (Entered: 09/27/2022) |
| 09/27/2022 | 22 | Letter *renewing request with attorney declaration* as to Kara Sternquist (Glashausser, Allegra) [1:22–mj–01005–RLM] (Entered: 09/27/2022) |
| 09/27/2022 | 23 | ORDER: The Court has received a signed declaration from defense counsel indicating that Ms. Sternquist has given authorization and permission for her counsel to receive copies and review her full medical record. As such, the Court hereby orders: The Metropolitan Detention Center shall provide the Federal Defenders of New York, Ms. Sternquists medical records from her current incarceration as soon as possible, and, no later than 5:00 pm. September 28, 2022. Ms. Sternquist is currently listed in the BOP registry under a previous name, Michael Sternquest, Register Number 44404–061. Brooklyn Hospital Center, or any other medical facility where Ms. Sternquist is hospitalized, shall provide the Federal Defenders of New York access to her medical records upon request. So Ordered by Magistrate Judge Sanket J. Bulsara on 9/27/2022. (Manson, Eddie) [1:22–mj–01005–RLM] (Entered: 09/27/2022) |
| 09/27/2022 | 24 | TRANSCRIPT of Proceedings as to Kara Sternquist held on September 15, 2022, before Judge Mann. Court Transcriber: Transcriptions Plus II, Inc.. Email address: RL.Transcriptions2@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 10/18/2022. Redacted Transcript Deadline set for 10/28/2022. Release of Transcript Restriction set for 12/26/2022. (Rocco, Christine) [1:22–mj–01005–RLM] (Entered: 09/27/2022) |
| 09/28/2022 | 25 | MOTION for Bond by Kara Sternquist. (Glashausser, Allegra) [1:22–mj–01005–RLM] (Entered: 09/28/2022) |
| 09/29/2022 | 26 | Letter *in Opposition to Proposed Bail Package* as to Kara Sternquist (Buford, Frank) [1:22–mj–01005–RLM] (Entered: 09/29/2022) |

| | | |
|---|---|---|
| 09/29/2022 | 27 | Letter *re Appeal of Bond Decision* as to Kara Sternquist (Buford, Frank) [1:22−mj−01005−RLM] (Entered: 09/29/2022) |
| 09/29/2022 | | ORDER as to Kara Sternquist −− The Order Setting Conditions of Release is stayed pending this Court's review under 18 U.S.C § 3145. Ordered by Judge Eric R. Komitee on 9/29/2022. (Hsu, Aaron) [1:22−mj−01005−RLM] (Entered: 09/29/2022) |
| 09/29/2022 | 28 | Minute Entry for proceedings held before Judge Eric R. Komitee: Bond Hearing as to Kara Sternquist held on 9/29/2022. The government appeals Magistrate Judge Reyes's order of pre−trial release. For the reasons stated on the record, the Court orders Defendant detained pending trial. (FTR Log #4:03 − 5:03.) (Guy, Alicia) [1:22−mj−01005−RLM] (Entered: 09/29/2022) |
| 09/29/2022 | 29 | TRANSCRIPT of Proceedings as to Kara Sternquist held on September 29, 2022, before Judge Reyes. Court Transcriber: Transcriptions Plus II, Inc.. Email address: RL.Transcriptions2@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request − Transcript" located under "Other Filings − Other Documents". Redaction Request due 10/20/2022. Redacted Transcript Deadline set for 10/30/2022. Release of Transcript Restriction set for 12/28/2022. (Rocco, Christine) [1:22−mj−01005−RLM] (Entered: 09/29/2022) |
| 09/29/2022 | | Minute Entry for proceedings held before Magistrate Judge Ramon E. Reyes, Jr:Bond Hearing as to Kara Sternquist held on 9/29/2022. (FTR Log #11;17−12;20 crtrm 2A.) AUSA Turner Buford and Andre Palacios present. Defendant appeared by phone. Defense counsel Allegra Glasshauser present. Defense counsel presented a bail package. Gov't opposed bail for reasons stated on the record. Court set bond in the amount of $500,000 with conditions. 2 suretors and defendant − all appear by phone − advised of bond obligations and gave permission for the Court to sign bond on their behalf. Bond is STAYED PENDING APPEAL before JUDGE ERIC KOMITEE. (Yuen, Sui−May) [1:22−mj−01005−RLM] (Entered: 09/30/2022) |
| 09/29/2022 | | VERBAL ORDER on 9/29/2022 granting 25 Motion for Bond set for Kara Sternquist (1) $500,000 bond. BOND STAYED PENDING APPEAL TO Judge Eric Komitee. (Yuen, Sui−May) [1:22−mj−01005−RLM] (Entered: 09/30/2022) |
| 10/03/2022 | 30 | TRANSCRIPT of Proceedings as to Kara Sternquist held on September 29, 2022, before Judge Komitee. Court Reporter/Transcriber Transcriptions Plus II, Inc. Email address: RL.Transcriptions2@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request − Transcript" located under "Other Filings − Other Documents". Redaction Request due 10/24/2022. Redacted Transcript Deadline set for 11/3/2022. Release of Transcript Restriction set for 1/2/2023. (Hong, Loan) [1:22−mj−01005−RLM] (Entered: 10/03/2022) |
| 10/08/2022 | 31 | **MEMORANDUM AND ORDER:** The September 29, 2022 order granting pretrial release is reversed. **ORDER ATTACHED.** Ordered by Judge Eric R. Komitee on 10/8/2022. (AH) [1:22−mj−01005−RLM] (Entered: 10/08/2022) |
| 10/12/2022 | 32 | Letter *requesting medical order* as to Kara Sternquist (Glashausser, Allegra) [1:22−mj−01005−RLM] (Entered: 10/12/2022) |
| 10/13/2022 | 33 | Letter *Re: Letter Seeking Stay of Order Dated October 12, 2022* as to Kara Sternquist (Palacio, Andres) [1:22−mj−01005−RLM] (Entered: 10/13/2022) |
| 10/14/2022 | 34 | Letter *re Update on Court's October 12, 2022 Order* as to Kara Sternquist (Buford, Frank) [1:22−mj−01005−RLM] (Entered: 10/14/2022) |
| 10/14/2022 | 36 | ORDER endorsed on letter dtd 10/13/2022 as to Kara Sternquist −" The Court issued the order on 10/12/22. The MDC was to provide the medication to defendant by10/13/22. This application was received on10/14/22. The request for a stay is denied.". Ordered by Magistrate Judge Lois Bloom on 10/14/2022. (SY) [1:22−mj−01005−RLM] (Entered: 10/17/2022) |
| 10/14/2022 | 37 | ORDER endorsed on letter dtd 10/14/2022 as to Kara Sternquist −" The Court appreciates counsel's attention to this matter.The government shall file a status letter |

| | | |
|---|---|---|
| | | on October 17, 2022". Ordered by Magistrate Judge Lois Bloom on 10/14/2022. (SY) [1:22−mj−01005−RLM] (Entered: 10/17/2022) |
| 10/17/2022 | 35 | Letter *requesting a court order for legal calls and a hearing for MDC's noncompliance with the medical order* as to Kara Sternquist (Glashausser, Allegra) [1:22−mj−01005−RLM] (Entered: 10/17/2022) |
| 10/17/2022 | 39 | Letter *Updated Information on Medications (Redacted)* as to Kara Sternquist (Buford, Frank) [1:22−mj−01005−RLM] (Entered: 10/17/2022) |
| 10/17/2022 | 40 | INDICTMENT as to Kara Sternquist (1) count(s) 1, 2, 3. (Attachments: # 1 Criminal Information Sheet) (IH) (Entered: 10/19/2022) |
| 10/19/2022 | 41 | Minute Entry for proceedings held before Magistrate Judge Lois Bloom: Arraignment as to Kara Sternquist (1) Count 1,2,3 held on 10/19/2022. Plea entered by Kara Sternquist, not guilty on all counts. Government advised pursuant to Federal Rule of Criminal Procedure 5(f) of prosecution's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and of the possible consequences of violating those obligations. The Court excludes the time between October 19, 2022 through November 2, 2022 from the speedy trial deadline with the parties' consent for the reasons stated on the record. The Court finds this exclusion serves the ends of justice and outweighs the interests of the defendant and the public in a speedy trial. (FTR Log #: 4:32 − 5:19.) (IK) (Entered: 10/19/2022) |
| 10/20/2022 | | SCHEDULING ORDER as to Kara Sternquist: An in−person Status Conference is scheduled for November 2, 2022 at 11:00 AM in Courtroom 4 A South. So Ordered by Judge Dora Lizette Irizarry on 10/20/2022. (CC) (Entered: 10/20/2022) |
| 10/20/2022 | | Status Report Order as to Kara Sternquist −− The parties shall submit a joint status report on or before October 27, 2022 with respect to the defendant's medical condition and treatment. The report shall advise whether or not the defendant will be able to appear in person at the status conference scheduled for November 2, 2022 at 11:00 AM. So Ordered by Judge Dora Lizette Irizarry on 10/20/2022. (CC) (Entered: 10/20/2022) |
| 10/20/2022 | 42 | NOTICE OF ATTORNEY APPEARANCE Andres Palacio appearing for USA. (Palacio, Andres) (Entered: 10/20/2022) |
| 10/27/2022 | 43 | TRANSCRIPT of Proceedings as to Kara Sternquist held on October 19, 2022, before Judge Bloom. Court Reporter/Transcriber Fiore Reporting and Transcription Service, Inc., Telephone number 203−929−9992. Email address: cmfiore@sbcglobal.net. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request − Transcript" located under "Other Filings − Other Documents". Redaction Request due 11/17/2022. Redacted Transcript Deadline set for 11/27/2022. Release of Transcript Restriction set for 1/25/2023. (LH) (Entered: 10/27/2022) |
| 10/27/2022 | 44 | Letter *update on medical condition* as to Kara Sternquist (Glashausser, Allegra) (Entered: 10/27/2022) |
| 10/28/2022 | | ORDER as to Kara Sternquist re 44 Letter −− Defendant's unredacted medical status update letter shall be filed under seal. Defendant's request to convert the in−person status conference to a video conference is granted. Defense counsel shall arrange either to be with her client in the hospital or for some method to be able to communicate with her client confidentially during the proceeding, if necessary. The video link information shall be provided to counsel prior to the hearing. So Ordered by Judge Dora Lizette Irizarry on 10/28/2022. (CC) (Entered: 10/28/2022) |
| 11/02/2022 | 46 | Letter *re Production of Discovery* as to Kara Sternquist (Buford, Frank) (Entered: 11/02/2022) |
| 11/03/2022 | | Minute Entry for proceedings held before Judge Dora Lizette Irizarry: Video Status Conference as to Kara Sternquist held on 11/3/2022. *Appearances: AUSA Turner Buford; Allegra Glashausser for Kara Sternquist.* All parties and observers advised that any audio and/or video recording of court proceedings is strictly prohibited and violators will be sanctioned. All parties consent to proceed with today's conference remotely for reasons stated. Court states findings on the record as to proceeding |

| | | |
|---|---|---|
| | | remotely.<br><br>Court acknowledges government's Rule 16 discovery letter of 11/2/2022; government's statements heard on production of discovery on a rolling basis –– production expected next week as stated and expected to take approx. 30 days to complete. No formal plea offer extended but parties have had some preliminary discussions which are expected to continue. Court notes that BOP has corrected defendant's name but not legal gender––statements of counsel heard on this issue. Ms. Glashausser to make written application on this issue by November 4, 2022; government to confer with BOP as stated on the record and file a response by November 9, 2022. Oral argument and/or decision on motion scheduled for <u>November 10, 2022 at 12:30 PM</u> before Judge Irizarry via Zoom.<br><br>Ms. Glashausser shall email her previously submitted written bail application to the courtroom deputy for filing under seal as directed on the record. Ms. Glashausser will be filing a new bail application forthwith; Judge Irizarry will hear/address any bail application. Parties advised of procedures for filing documents under seal. Status of defendant's medical situation discussed; Ms. Glashausser has no new information since filing of her status report last week. Further Status Conference schecduled for <u>December 6, 2022 at 3:00 PM</u> in courtroom 4 A South before Judge Irizarry. Order of excludable delay entered between November 3, 2022 and December 6, 2022. (Court Reporter Linda Danelczyk.) (CC) (Entered: 11/03/2022) |
| 11/04/2022 | 48 | Letter *motion to correct gender marker* as to Kara Sternquist (Glashausser, Allegra) Modified on 11/10/2022 (CC). (Entered: 11/04/2022) |
| 11/07/2022 | 51 | MOTION for Bond by Kara Sternquist. (Glashausser, Allegra) (Entered: 11/07/2022) |
| 11/09/2022 | 53 | Letter *re Production of Discovery Materials* as to Kara Sternquist (Buford, Frank) (Entered: 11/09/2022) |
| 11/09/2022 | 54 | Letter *re Response to Motion to Correct Gender Marker* as to Kara Sternquist (Buford, Frank) (Entered: 11/09/2022) |
| 11/09/2022 | 55 | Letter *re Opposition to Motion for Bail* as to Kara Sternquist (Buford, Frank) (Entered: 11/09/2022) |
| 11/10/2022 | | Minute Entry for proceedings held before Judge Dora Lizette Irizarry: Motion Hearing held by Zoom as to Kara Sternquist held on 11/10/2022. *Appearances: AUSAs Turner Buford and Andres Palacio; Pretrial Services Officer Chijioke Ezenyilimba; Federal Defenders by Allegra Glashausser for Kara Sternquist*. Oral argument heard on 48 Motion to correct gender marker and 51 MOTION for Bond filed by Kara Sternquist. Motion 48 to correct gender marker is granted; written order to be entered by the Court. Motion 51 for Bond is denied for reasons stated on the record. Status Conference previously scheduled for <u>December 6, 2022 at 3:00 PM</u> (order of excludable delay previously entered). Parties to submit a joint status report by <u>November 30, 2022</u>. Ms. Glashausser advises the Court that she may submit an application related to Ms. Sternquist's access to to legal and personal telephone calls as stated on the record. (Court Reporter Stacy Mace.) (CC) (Entered: 11/10/2022) |
| 11/10/2022 | 56 | ORDER granting 48 Motion for Change of Gender Classification –– As set forth in the ATTACHED WRITTEN ORDER, IT IS HEREBY ORDERED that, NO LATER THAN 5:00 PM MONDAY, NOVEMBER14, 2022, the Bureau of Prisons shall change the top–line gender classification of Defendant Kara Sternquist, Registry No. 44404–061, from male to female, whether termed gender or sex. Failure to comply timely with this Order may result in a finding of contempt of court and the imposition of sanctions. The Government is directed to serve this Order on the Bureau of Prisons FORTHWITH and provide proof of service immediately thereafter. SO ORDERED by Judge Dora Lizette Irizarry on 11/10/2022. (Irizarry, Dora) (Entered: 11/10/2022) |
| 11/10/2022 | 57 | Letter *re Service of Court Order on Counsel for U.S. Bureau of Prisons* as to Kara Sternquist (Attachments: # 1 Exhibit) (Buford, Frank) (Entered: 11/10/2022) |
| 11/14/2022 | 58 | Letter *re Confirmation of Compliance with the Court's November 10, 2022 Order* as to Kara Sternquist (Buford, Frank) (Entered: 11/14/2022) |

| | | |
|---|---|---|
| 11/30/2022 | 59 | Letter *re Joint Status Report* as to Kara Sternquist (Buford, Frank) (Entered: 11/30/2022) |
| 12/01/2022 | | ORDER as to Kara Sternquist re 59 Letter –– The parties' request is granted. The parties shall advise the Court by December 2, 2022 as to whether the conference scheduled for December 6th will proceed in person or by video conference. So Ordered by Judge Dora Lizette Irizarry on 12/1/2022. (CC) (Entered: 12/01/2022) |
| 12/02/2022 | 60 | Letter *re Joint Supplemental Status Report* as to Kara Sternquist (Buford, Frank) (Entered: 12/02/2022) |
| 12/05/2022 | | ORDER as to Kara Sternquist re 60 Letter –– In light of the parties' joint status report, the conference scheduled for December 6, 2022 at 3:00 PM shall proceed in person. SO ORDERED by Judge Dora Lizette Irizarry on 12/5/2022. (CC) (Entered: 12/05/2022) |
| 12/06/2022 | | Minute Entry for proceedings held before Judge Dora Lizette Irizarry: Status Conference as to Kara Sternquist held on 12/6/2022. *Appearances: AUSAs Turner Buford and Andres Palacio; Federal Defenders by Allegra Glashausser for Kara Sternquist*. Government states status of discovery; discussion ongoing between parties as to providing defendant with access to discovery at facility––details stated; parties hope to resolve this without Court intervention. Ms. Glashausser concurs with government's statements and notes that discovery is voluminous. Court inquires as to counsel's ability to visit Ms. Sternquist in person; defense counsel reports no issues. Further Status Conference set for February 10, 2023 at 10:30 AM in Courtroom 4 A South. Parties shall submit a joint substantive status report by February 3, 2023. Issue raised by defense counsel regarding defendant's treatment/mobility at facility––government defers to USMS on this issue. Court directs government to inquire with facility and USMS to find a possible accommadation as discussed on the record; the government shall report back to the Court on this issue. Government advises of possible motion for protective order.(Court Reporter Michele Lucchese.) (CC) (Entered: 12/07/2022) |
| 12/16/2022 | 61 | Letter *Re: Court Order Dated December 6, 2022* as to Kara Sternquist (Palacio, Andres) (Entered: 12/16/2022) |
| 12/16/2022 | | ORDER as to Kara Sternquist re 61 Letter –– The Court is in receipt of the government's letter regarding the Court's inquiry concerning the security measures at the medical center where defendant is lodged. The Court finds no basis for taking any action at this time given the description of the security measures taken, their purpose, the lack of reasonable, secure alternatives and the ability of defendant to maintain mobility. So Ordered by Judge Dora Lizette Irizarry on 12/16/2022. (CC) (Entered: 12/16/2022) |
| 02/02/2023 | 62 | Letter *joint status update and request to adjourn status conference* as to Kara Sternquist (Glashausser, Allegra) (Entered: 02/02/2023) |
| 02/03/2023 | 63 | Letter *re Request for the Entry of Protective Order* as to Kara Sternquist (Attachments: # 1 Proposed Order) (Buford, Frank) Modified on 2/8/2023 (CC). (Entered: 02/03/2023) |
| 02/06/2023 | | ORDER TO CONTINUE – Ends of Justice as to Kara Sternquist re 62 –– The request is granted. The status conference previously scheduled for February 10, 2023 is adjourned to April 17, 2023 at 11:00 AM in Courtroom 4 A South. An order of excludable delay is entered on consent and in the interest of justice, for reasons stated in defense counsel's letter (Doc. Entry 62), between February 10, 2023 and April 17, 2023. The parties shall submit a further joint status report by **April 10, 2023**. So Ordered by Judge Dora Lizette Irizarry on 2/6/2023. (CC) (Entered: 02/06/2023) |
| 02/07/2023 | 64 | PROTECTIVE ORDER GOVERNING THE DISCLOSURE OF CONFIDENTIAL INFORMATION as to Kara Sternquist (1). So Ordered by Judge Dora Lizette Irizarry on 2/7/2023. (CC) (Entered: 02/08/2023) |
| 02/15/2023 | 65 | Letter *re Production of Discovery* as to Kara Sternquist (Buford, Frank) (Entered: 02/15/2023) |
| 02/27/2023 | 66 | Letter *re Production of Discovery* as to Kara Sternquist (Palacio, Andres) (Entered: 02/27/2023) |

| | | |
|---|---|---|
| 03/07/2023 | 67 | Letter *re Production of Discovery* as to Kara Sternquist (Palacio, Andres) (Entered: 03/07/2023) |
| 03/21/2023 | 68 | Letter *re Production of Discovery* as to Kara Sternquist (Palacio, Andres) (Entered: 03/21/2023) |
| 04/10/2023 | 69 | Letter *re Joint Status Report* as to Kara Sternquist (Palacio, Andres) (Entered: 04/10/2023) |
| 04/12/2023 | 70 | Letter *re Production of Discovery* as to Kara Sternquist (Palacio, Andres) (Entered: 04/12/2023) |
| 04/17/2023 | | Minute Entry for proceedings held before Judge Dora Lizette Irizarry: Status Conference as to Kara Sternquist held on 4/17/2023. *Appearances: AUSAs Andres Palacio and Turner Buford; Federal Defenders by Allegra Glashausser for Kara Sternquist*. Status of defendant's ongoing medical treatment discussed. Additional discovery has been provided as stated on the record by the government and plea offer was made in February. Government is working with defense counsel regarding in−person inspection of evidence. Original plea offer deadline was today but government is willing to extend the deadline. Defense counsel concurs with government's statements; will be hiring expert regarding in−person inspection of evidence; expects to be in a better position to consider plea offer after inspection of evidence. Defense may file a motion to dismiss prior to making a decision on the plea offer; details stated. Defense counsel further advises that she would request adjudication on motion to dismiss prior to filing suppression motion. Parties request adjournment for reasons stated. Parties shall submit a joint status report by June 9, 2023. Further Status Conference set for June 16, 2023 at 12:30 PM in Courtroom 4 A South before Judge Dora Lizette Irizarry. Order of excludable delay entered on the record, on consent and in the interest of justice, between April 17, 2023 and June 16, 2023 for reasons stated on the record. (Court Reporter Andronikh Barna.) (CC) (Entered: 04/17/2023) |
| 05/05/2023 | 71 | Letter *requesting court assistance relating to conditions of confinement* as to Kara Sternquist (Glashausser, Allegra) (Entered: 05/05/2023) |
| 05/08/2023 | | ORDER as to Kara Sternquist re 71 Letter −− The Government shall respond to defense counsel's letter by May 12, 2023. So Ordered by Judge Dora Lizette Irizarry on 5/8/2023. (CC) (Entered: 05/08/2023) |
| 05/12/2023 | 72 | Letter *re Court Order Dated May 8, 2023* as to Kara Sternquist (Palacio, Andres) (Entered: 05/12/2023) |
| 05/15/2023 | | ORDER as to Kara Sternquist re 71 Letter, 72 Letter −− Defendant's request will be addressed at the conference previously scheduled for June 16, 2023 at 12:30 PM. So Ordered by Judge Dora Lizette Irizarry on 5/15/2023. (CC) (Entered: 05/15/2023) |
| 05/26/2023 | 73 | Letter *proposing briefing deadlines for motion to dismiss* as to Kara Sternquist (Glashausser, Allegra) (Entered: 05/26/2023) |
| 05/30/2023 | 74 | MOTION to Dismiss *charge under Section 922(g)* by Kara Sternquist. (Glashausser, Allegra) (Entered: 05/30/2023) |
| 05/31/2023 | | ORDER as to Kara Sternquist re 73 Letter −− The proposed briefing schedule is approved. Defendant filed the motion to dismiss yesterday. The Government's response is due by June 22, 2023 and defendant's reply is due by July 3, 2023. Counsel are reminded to provide two hard courtesy copies of all motion submissions to chambers promptly. So Ordered by Judge Dora Lizette Irizarry on 5/31/2023. (CC) (Entered: 05/31/2023) |
| 06/05/2023 | 75 | MOTION for Bond *to attend mother's memorial service* by Kara Sternquist. (Glashausser, Allegra) (Entered: 06/05/2023) |
| 06/06/2023 | | ORDER as to Kara Sternquist re 75 MOTION for Bond *to attend mother's memorial service* filed by Kara Sternquist −− The government and Pretrial Services are directed to respond to defendant's motion for bond by Monday, June 12, 2023. So Ordered by Judge Dora Lizette Irizarry on 6/6/2023. (CC) (Entered: 06/06/2023) |

| | | |
|---|---|---|
| 06/09/2023 | 76 | Letter *re Joint Status Report* as to Kara Sternquist (Palacio, Andres) (Entered: 06/09/2023) |
| 06/12/2023 | | ORDER as to Kara Sternquist re 76 Letter –– The parties' joint status report, defendant's request concerning the conditions of confinement that partially was addressed in the status report letter, and defendant's bond motion (Dkt. Entry No. 75 ) shall be addressed at the conference scheduled for Friday, June 16, 2023 at 12:30. The Government is reminded that its response to defendants bond motion must be filed TODAY, JUNE 12, 2023. So Ordered by Judge Dora Lizette Irizarry on 6/12/2023. (CC) (Entered: 06/12/2023) |
| 06/12/2023 | 78 | Letter *re Opposition to Temporary Bail Request* as to Kara Sternquist (Buford, Frank) (Entered: 06/12/2023) |
| 06/14/2023 | 79 | REPLY TO RESPONSE to Motion re 75 MOTION for Bond *to attend mother's memorial service* (Glashausser, Allegra) (Entered: 06/14/2023) |
| 06/16/2023 | 80 | Letter *requesting order related to name and gender* as to Kara Sternquist (Glashausser, Allegra) (Entered: 06/16/2023) |
| 06/16/2023 | 81 | ORDER as to Kara Sternquist –– ORDERED that the name and gender for Kara Sternquist, Registry No. 44404–061, be corrected in the United States Marshal Service's database to state her legal name, which is Kara Sternquist, and state her legal gender, which is female. So Ordered by Judge Dora Lizette Irizarry on 6/16/2023. (CC) (Entered: 06/16/2023) |
| 06/16/2023 | | Minute Entry for proceedings held before Judge Dora Lizette Irizarry: Status Conference as to Kara Sternquist held on 6/16/2023. *Appearances: AUSA Turner Buford with intern Drew Beussink; Sup. Dep. Marshal Darrel King; Federal Defenders by Allegra Glashausser with paralegal Bea Misher for Kara Sternquist.* Confinement issues raised by defense counsel in doc. 71 discussed; parties have resolved most issues and expect resolution of issue concerning teeth retainers. Arguments heard regarding defendant's request for access to makeup, opposed by the government; statements of Sup. Dep. King heard regarding on this matter. For reasons stated, the request for access to makeup is denied. Defendant's request for temporary bond, doc. 75 , addressed; government rests on its submission; arguments of defense counsel heard. For reasons stated on the record, the request for temporary bond is denied. Defendant's letter request filed today concerning defendant's name and gender identity in USMS database, doc. 80 , addressed; request granted without objection by the government; order will be e–filed and emailed to USMS as stated on the record. Briefing schedule in place for defendant's motion to dismiss. Court will let parties know if oral argument will be need. Oral Argument/Conference set for August 1, 2023 at 11:00 AM in Courtroom 4 A South before Judge Dora Lizette Irizarry. (Time excluded due to motion practice.) (Court Reporter Anthony Frisolone.) (CC) (Entered: 06/16/2023) |
| 06/22/2023 | 82 | MEMORANDUM in Opposition re 74 MOTION to Dismiss *charge under Section 922(g)* (Buford, Frank) (Entered: 06/22/2023) |
| 07/03/2023 | 83 | REPLY TO RESPONSE to Motion re 74 MOTION to Dismiss *charge under Section 922(g)* (Glashausser, Allegra) (Entered: 07/03/2023) |
| 07/03/2023 | 84 | Letter *requesting court accepted redacted exhibits in Dkt 83, and attaching unredacted exhibits* as to Kara Sternquist (Attachments: # 1 Exhibit) (Glashausser, Allegra) Modified on 7/26/2023 (CC). (Entered: 07/03/2023) |
| 07/28/2023 | | ORDER as to Kara Sternquist –– Oral Argument and/or Decision on Motion 74 is adjourned to August 24, 2023 at 11:00 AM in Courtroom 4 A South. So Ordered by Judge Dora Lizette Irizarry on 7/28/2023. (CC) (Entered: 07/28/2023) |
| 08/23/2023 | | ORDER as to Kara Sternquist –– Due to an unexpected scheduling conflict for the Court, the motion hearing previously scheduled for August 24, 2023 is adjourned to September 15, 2023 at 11:00 AM in courtroom 4 A South. So Ordered by Judge Dora Lizette Irizarry on 8/23/2023. (CC) (Entered: 08/23/2023) |
| 09/12/2023 | 86 | ORDER denying 74 Motion to Dismiss as to Kara Sternquist (1) –– For the reasons set forth in the ATTACHED WRITTEN MEMORANDUM AND ORDER, Defendant's motion to dismiss Count Three of the Indictment charging her with being |

| | | |
|---|---|---|
| | | a Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), and 3551 et. seq., on the ground that § 922(g)(1), which prohibits individuals with prior felony convictions from possessing firearms, is unconstitutional under the Second Amendment both on its face and as applied to her, is denied in its entirety.<br><br>The conference previously scheduled for Friday, September 15, 2023 at 11:00 am shall proceed as a status conference and the parties should be prepared to discuss next steps towards moving this case forward to trial or other disposition. SO ORDERED by Judge Dora Lizette Irizarry on 9/12/2023. (Irizarry, Dora) (Entered: 09/12/2023) |
| 09/15/2023 | 87 | AMENDED ORDER as to Kara Sternquist re 86 Order on Motion to Dismiss –– Attached is a amended version of the Memorandum and Order issued on September 12, 2023. Please note that the corrections are few and minor, some grammatical and correcting some citation errors. However, the amended version does NOT change the analysis in any way nor does it alter the ultimate decision by the Court dismissing Defendant's motion to dismiss the Third Count of the Indictment charging her with being a Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), and 3551 et. seq. So Ordered by Judge Dora Lizette Irizarry on 9/15/2023. (CC) Modified on 9/15/2023 (CC). (Entered: 09/15/2023) |
| 09/15/2023 | | Minute Entry for proceedings held before Judge Dora Lizette Irizarry: Status Conference as to Kara Sternquist held on 9/15/2023. *Appearances: AUSAs Turner Buford and Andy Palacio; Federal Defenders by Allegra Glashausser for Kara Sterquist*. Court advises counsel that amended M&O will be filed re denial of defendant's motion to dismiss, as stated on the record. Government advises Court that parties will resume plea negotiations now that dismissal motion has been decided. If no disposition, Government will request trial schedule at the next conference. Defense counsel concurs with Government's statements. Parties to submit a further status report October 10, 2023. Further Status Conference or Pleading set for October 16, 2023 at 11:00 AM in Courtroom 4 A South before Judge Dora Lizette Irizarry. Order of excludable delay entered from September 15, 2023 and October 16, 2023 on consent and in the interest of justice for reasons stated on the record. (Court Reporter Michele Lucchese.) (CC) (Entered: 09/15/2023) |
| 10/10/2023 | 88 | Letter *re Joint Status Report* as to Kara Sternquist (Palacio, Andres) (Entered: 10/10/2023) |
| 10/12/2023 | | ORDER as to Kara Sternquist re 88 Letter –– The request is granted. The Status Conference previously scheduled for October 16, 2023 is adjourned to November 17, 2023 at 11:00 AM in Courtroom 4 A South. An order of excludable delay is entered on consent and in the interest of justice, due to ongoing plea negotiations, between October 16, 2023 and November 17, 2023. Counsel shall submit a further Joint Status Report by November 9, 2023. So Ordered by Judge Dora Lizette Irizarry on 10/12/2023. (CC) (Entered: 10/12/2023) |
| 11/09/2023 | 89 | Letter *re Joint Status Report* as to Kara Sternquist (Palacio, Andres) (Entered: 11/09/2023) |
| 11/13/2023 | | ORDER as to Kara Sternquist re 89 Letter –– The status conference shall proceed on Friday, November 17, 2023 at 11:00 AM as previously scheduled. So Ordered by Judge Dora Lizette Irizarry on 11/13/2023. (CC) (Entered: 11/13/2023) |
| 11/17/2023 | | Minute Entry for proceedings held before Judge Dora Lizette Irizarry: Status Conference as to Kara Sternquist held on 11/17/2023. *Appearances: AUSAs Turner Buford and Andy Palacio; Federal Defenders by Allegra Glashausser for Kara Sternquist*. Parties have reached a disposition –– defendant to plead guilty to count three of indictment without plea agreement; government will consent to dismissal of counts one and two as stated on the record. Defense counsel concurs with government's statements. Change of Plea Hearing set for December 20, 2023 at 11:00 AM in Courtroom 4 A South before Judge Dora Lizette Irizarry. Government to provide the Court with a penalty sheet which sets for the estimated sentencing guideline range by 3:00 PM on December 19, 2023. Defense counsel raises additional issues with the Court related to defendant's medications and access to lip balm; defense counsel hopes to resolve these issues with the government without the need for Court intervention; if unable to do so, parties may request the Court to intervene. Defense counsel requests permission to give her client photographs in court to take |

| | | |
|---|---|---|
| | | back with her to rehab. facility. Statements of Deputy Marshal heard regarding rules on this issue. Court allows defendant to take one photo with her today with the government's consent. Defense counsel advises Court of difficulty sending mail to defendant at rehab facility; Court directs the government to look into this issue; government's statements heard as to possible resolution. Order of excludable delay entered between November 17, 2023 and December 20, 2023. (Court Reporter Linda Marino.) (CC) (Entered: 11/20/2023) |
| 11/20/2023 | | Incorrect Minute entry deleted. The minute entry pertained to a different case. (CC) (Entered: 11/20/2023) |
| 12/04/2023 | 90 | Letter *re Pimentel Letter* as to Kara Sternquist (Palacio, Andres) (Entered: 12/04/2023) |
| 12/20/2023 | | Minute Entry for proceedings held before Judge Dora Lizette Irizarry: Change of Plea Hearing as to Kara Sternquist held on 12/20/2023. *Appearances: AUSAs Andres Palacio and Turner Buford; Federal Defenders by Allegra Glashausser with Paralegal Beatrice Misher for Kara Sternquist*. Defendant placed under oath, advised of rights and consequences of pleading, and pleads guilty to count 3 of the Indictment; plea accepted. Counts 1 and 2 are dismissed without prejudice pursuant to the Government's motion. Sentencing procedures explained by the Court. Separate order will be entered setting sentencing schedule. Government's forfeiture motion related to count 3 is due by January 26, 2024. Government's forfeiture as to other seized property is due by January 29, 2024; the defendant's response is due by February 19, 2024; Government's reply is due by March 4, 2024. Counsel shall forward two single–sided hard courtesy copies of their motion submissions immediately upon filing. Oral Argument or Hearing on Forfeiture Motion set for March 18, 2024 at 10:00 AM.<br><br>Defense counsel raises issues concerning defendant's access to various medications; details stated on the record by Ms. Glashausser. Dierdre von Dornum of Federal Defenders appears with respect to this issue and details conversations she has had with the Government, MDC, and Dr. Baylor to resolve these issues. The Court directs a status report be submitted today by 5:00 PM on this issue. The Government shall advise MDC that, if necessary, all parties will be required to appear irrespective of the upcoming holidays, if these issues are not resolved. The Court further directs Dr. Baylor of MDC to consult with an endocrinologist with respect to certain medications as detailed on the record. If emergency court intervention is needed over the holidays, the parties shall proceed before the duty magistrate judge in the event Judge Irizarry is unavailable. Government provides hard drive to USMS for Ms. Sternquist as stated on the record. (Court Reporter Charleane Heading.) (CC) Modified on 12/20/2023 (CC). (Entered: 12/20/2023) |
| 12/20/2023 | | ORDER SETTING SENTENCING SCHEDULE as to Kara Sternquist –– The Probation Department shall disclose the presentence report ("PSR") by **March 29, 2024**. PSR objections are due by **April 12, 2024**. If there are no PSR objections, counsel must advise the Probation Department and the Court in writing by **April 12, 2024**. Opposing counsel must respond to any PSR objections that are submitted; responses must be made in writing by **April 26, 2024**; replies must be made in writing by **May 3, 2024**. All PSR objections and any responses/replies thereto must be electronically filed by counsel; one hard courtesy copy must be provided to chambers promptly. The Probation Department shall submit an addendum to the PSR by **May 17, 2024**. The Government's sentencing submission shall be filed by **May 28, 2024**. Defendant's sentencing submission shall be filed by **June 4, 2024**. One hard courtesy copy of all submissions must be provided to chambers promptly; copies also must be provided to the Probation Department. Counsel are advised that the Court will not accept double–sided courtesy copies. Sentencing is scheduled for June 20, 2024 at 10:45 AM in courtroom 4 A South. Any questions concerning my sentencing requirements or filing procedures are directed to my courtroom deputy. SO ORDERED by Judge Dora Lizette Irizarry on 12/20/2023. (CC) (Entered: 12/20/2023) |
| 12/20/2023 | | DISMISSAL OF COUNTS 1 and 2 without prejudice on Government Motion as to Kara Sternquist (see minute entry for Change of Plea Hearing held on 12/20/2023) (CC) (Entered: 12/20/2023) |
| 12/20/2023 | 91 | Letter *updating the court re: medication* as to Kara Sternquist (Attachments: # 1 Sealing Cover Sheet) (Glashausser, Allegra) (Entered: 12/20/2023) |

| | | |
|---|---|---|
| 12/20/2023 | | ORDER as to Kara Sternquist re 91 Letter, 1 – Sealed Document CR –– The Court has received the status update concerning the MDC's compliance with defendant's medical prescription regimen. As requested by defense counsel, the MDC is directed to provide defense counsel with all of defendant's medical records which it shares with Dr. Skolnick, to enable defense counsel to consult with an endocrinologist who is focused on the type of care that Ms. Sternquist requires. So Ordered by Judge Dora Lizette Irizarry on 12/20/2023. (CC) (Entered: 12/20/2023) |
| 01/24/2024 | 92 | MOTION for Forfeiture of Property by USA as to Kara Sternquist. (Attachments: # 1 Proposed Preliminary Order of Forfeiture, # 2 Exhibit Exhibit A: Declaration of ATF Administrative Forfeiture with Attached List, dated March 17, 2023, # 3 Exhibit Exhibit B: Declaration of ATF Administrative Forfeiture with Attached List, dated March 24, 2023) (Kedeshian, Claire) (Entered: 01/24/2024) |
| 02/14/2024 | 93 | RESPONSE to Motion re 92 MOTION for Forfeiture of Property (Glashausser, Allegra) (Entered: 02/14/2024) |
| 03/04/2024 | 94 | REPLY TO RESPONSE to Motion re 92 MOTION for Forfeiture of Property (Kedeshian, Claire) (Entered: 03/04/2024) |
| 03/13/2024 | 95 | ORDER granting 92 Motion for Forfeiture of Property as to Kara Sternquist (1) –– Without objection from Defendant, the Government's motion for entry of a preliminary order of forfeiture as to the "Seized Firearm" that is the subject of Count 3 of the Indictment as described in the motion, is granted and the proposed order is hereby issued. There being no other application before this Court in connection with forfeiture of property, the Oral Argument on the Motion, previously scheduled for March 18, 2024 is cancelled as moot. So Ordered by Judge Dora Lizette Irizarry on 3/13/2024. (CC) (Entered: 03/13/2024) |
| 03/13/2024 | | Hearings updated (CC) (Entered: 03/13/2024) |
| 04/02/2024 | 97 | Letter *requesting permission to receive previous presentence reports* as to Kara Sternquist (Glashausser, Allegra) (Entered: 04/02/2024) |
| 04/04/2024 | | ORDER as to Kara Sternquist re 97 Letter –– The request is granted. Probation shall provide defendant's prior presentence reports to defendant, the government and the Court. So Ordered by Judge Dora Lizette Irizarry on 4/4/2024. (CC) (Entered: 04/04/2024) |
| 04/11/2024 | 100 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by USA as to Kara Sternquist (Attachments: # 1 Exhibit 1) (Buford, Frank) (Entered: 04/11/2024) |
| 04/12/2024 | 101 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Kara Sternquist (Attachments: # 1 Exhibit) (Glashausser, Allegra) (Entered: 04/12/2024) |
| 04/26/2024 | 102 | Letter *re: Government's Response to Defendant's Objections to the PSR* as to Kara Sternquist (Palacio, Andres) (Entered: 04/26/2024) |
| 04/26/2024 | 103 | Letter *responding to government's objections to the presentence report* as to Kara Sternquist (Glashausser, Allegra) (Entered: 04/26/2024) |
| 05/03/2024 | 104 | Letter *re: Reply to Defendant PSR Objections* as to Kara Sternquist (Palacio, Andres) (Entered: 05/03/2024) |
| 05/03/2024 | 105 | Letter *replying to Dkt. 102, government response to PSR objections* as to Kara Sternquist (Glashausser, Allegra) (Entered: 05/03/2024) |
| 05/16/2024 | 106 | Certificate of Service by USA as to Kara Sternquist *Affidavit of publication, legal notice was given on the official government website www.forfeiture.gov, beginning on April 16, 2024 and ending on May 15, 2024.* (Kedeshian, Claire) (Entered: 05/16/2024) |
| 05/28/2024 | 108 | SENTENCING MEMORANDUM by USA as to Kara Sternquist (Buford, Frank) (Entered: 05/28/2024) |
| 06/04/2024 | 109 | SENTENCING MEMORANDUM by Kara Sternquist, OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Kara Sternquist (Attachments: # 1 Exhibit unredacted sentencing submission, # 2 Exhibit redacted sentencing submission, # 3 Exhibit unredacted PSR letter, # 4 Exhibit redacted PSR letter) |

| | | |
|---|---|---|
| | | (Glashausser, Allegra) (Entered: 06/04/2024) |
| 06/10/2024 | | ORDER as to Kara Sternquist re 109 Sentencing Memorandum, Objection to Presentence Investigation Report filed by Kara Sternquist –– Defense counsel inappropriately filed her sentencing submission under seal, which included a request for sealing the submissions, redacted versions, and what essentially was an objection to the addendum filed by Probation, in both redacted and unredacted form. Defense counsel had no authority to make such a filing, which completely violated the protocols this Court has for filing matters under seal. The sealing request nonetheless is granted and the redacted version may be filed on the public docket. However, the photographs attached in Exhibit B that contains letters of support are STRICKEN as inappropriate pandering. Moreover, the objection to the addendum issued by Probation should have been a separate sealed filing request in accord with this Court's protocols, which were violated. The Objection shall be filed separately under seal and the redacted version shall be filed on the public docket separately. SO ORDERED by Judge Dora Lizette Irizarry on 6/10/2024. (CC) (Entered: 06/10/2024) |
| 06/10/2024 | 110 | REDACTION by Kara Sternquist, OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Kara Sternquist (Glashausser, Allegra) (Entered: 06/10/2024) |
| 06/10/2024 | 111 | SENTENCING MEMORANDUM by Kara Sternquist, REDACTION by Kara Sternquist (Glashausser, Allegra) (Entered: 06/10/2024) |
| 06/11/2024 | 113 | Letter *with updated medical records* as to Kara Sternquist (Glashausser, Allegra) (Entered: 06/11/2024) |
| 06/14/2024 | 114 | Letter *in advance of sentencing, with additional letter of support & noting new Supreme Court decision* as to Kara Sternquist (Glashausser, Allegra) (Entered: 06/14/2024) |
| 06/17/2024 | | ORDER ADJOURNING SENTENCING as to Kara Sternquist –– Defendant now has filed two supplemental sentencing documents outside of the briefing schedule set by the Court, the last less than one week away from the date of sentencing, without seeking leave of the Court to do so. The Court sets the sentencing briefings schedule to allow the Court and the parties to review and digest all the submissions. The latest submission filed Friday, June 14, 2024 at 4:23 pm, attacks the sentencing guidelines as applied in this case based on the Supreme Court's decision issued that day in *Garland v. Cargill*, 22–976 (June 14, 2024) striking the Alcohol, Tobacco and Firearms agency regulation concerning "bump stocks." At https://www.supremecourt.gov/opinions/22–976new_0971.pdf. While the letter claims to supplement defendant's objections raised concerning the sentencing guidelines calculations in the Presentence Report ("PSR"), Probation was not copied and it does not state that defendant served Probation. The Court further notes that defendant attached to her objection letter, an additional letter from a friend who already had submitted a letter in support. Again, no request for permission to do so was made.<br><br>The Government and Probation require an opportunity to review the Supreme Court case and defendant's supplemental objection to the PSR and the Court requires additional time to review all of it. Accordingly, the sentence hearing previously scheduled for June 20, 2024 at 11:00 am is adjourned and a new date will be set by separate scheduling order. The Government shall respond to defendant's objection **by July 8, 2024**. Any reply by defendant shall be filed by no later than **July 15, 2024**. Probation shall issue an addendum in response **by July 19, 2024**. The parties are reminded to address and forward to Probation a copy of their submissions and forward a single-sided hard courtesy copy to chambers immediately upon filing. NO FURTHER SENTENCING SUBMISSIONS WILL BE ACCEPTED WITHOUT FIRST SEEKING LEAVE OF THE COURT. SO ORDERED by Judge Dora Lizette Irizarry on 6/17/2024. (CC) (Entered: 06/17/2024) |
| 06/25/2024 | 115 | MOTION for Forfeiture of Property by USA as to Kara Sternquist. (Attachments: # 1 Proposed Final Order of Forfeiture) (Kedeshian, Claire) (Entered: 06/25/2024) |
| 06/26/2024 | 116 | FINAL ORDER OF FORFEITURE as to Kara Sternquist (1). SO ORDERED by Judge Dora Lizette Irizarry on 6/26/2024. (CC) (Entered: 06/26/2024) |

| | | |
|---|---|---|
| 06/28/2024 | 117 | Letter *re Possible Transfer of the Defendant to MDC* as to Kara Sternquist (Buford, Frank) (Entered: 06/28/2024) |
| 06/28/2024 | | ORDER as to Kara Sternquist re 117 Letter –– The Court is at a loss as to why such short notice was given to the Bureau of Prisons ("BOP") and, in turn, to the government. The irresponsible action by the medical facility is glaring given that federal inmates like Ms. Sternquist are there because they need treatment the Metropolitan Detention Center or BOP otherwise cannot provide. The Court further is at a loss as to why this particular facility is the only facility available to federal inmates. The government is requested to provide an update as soon as more information is available. So Ordered by Judge Dora Lizette Irizarry on 6/28/2024. (CC) (Entered: 06/28/2024) |
| 06/28/2024 | 118 | Letter *re Update as to Possible MDC Transfer* as to Kara Sternquist (Buford, Frank) (Entered: 06/28/2024) |
| 07/01/2024 | 119 | Letter *re Update of Possible Transfer* as to Kara Sternquist (Buford, Frank) (Entered: 07/01/2024) |
| 07/08/2024 | 121 | Letter *re Response to Defendant's June 14, 2024 Supplemental Sentencing Submission* as to Kara Sternquist (Buford, Frank) (Entered: 07/08/2024) |
| 07/08/2024 | | ORDER as to Kara Sternquist –– Sentencing set for August 2, 2024 at 2:15 PM in Courtroom 4 A South. So Ordered by Judge Dora Lizette Irizarry on 7/8/2024. (CC) (Entered: 07/08/2024) |
| 07/15/2024 | 122 | Letter *in response to Dkt 121, relating to Garland v. Cargill* as to Kara Sternquist (Glashausser, Allegra) (Entered: 07/15/2024) |
| 07/15/2024 | 123 | Letter *regarding lack of medications* as to Kara Sternquist (Glashausser, Allegra) (Entered: 07/15/2024) |
| 07/16/2024 | | ORDER as to Kara Sternquist re 123 Letter –– The Court is exceptionally disturbed by the defendant's report of the lack of medical attention at the new medical facility, and even more so by the Bureau of Prison's (BOP's) lack of response and inattentiveness to this issue. This indifference is particularly egregious given the horrific recent press reports concerning the life–threatening aggravation of an inmate's cancer condition due to the BOP's inattentiveness, specifically the Metropolitan Detention Center ("MDC") health and legal staff, which very nearly resulted in the court holding them in contempt. There is no reason why a supply of defendant's medications could not have been provided to the new medical facility, particularly given that the transfer occurred during a holiday. Moreover, since the transfer took several days to effectuate, it is unfathomable that the new facility would not have ensured that defendant's medications were available upon her arrival there.<br><br>Accordingly, it is hereby ORDERED that the MDC/BOP and medical facility housing defendant shall provide defendant her requisite medical treatment FORTHWITH and the BOP/MDC shall provide a status report to the Court **BY NO LATER THAN NOON TOMORROW, JULY 17, 2024** upon pain of being held in contempt for failure to comply. The Government is directed to serve this ORDER on the BOP/MDC FORTHWITH and immediately thereafter file proof of such service with the Court. SO ORDERED by Judge Dora Lizette Irizarry on 7/16/2024. (CC) (Entered: 07/16/2024) |
| 07/16/2024 | 125 | Letter *re Proof of Service of the Court's July 16, 2024 Order* as to Kara Sternquist (Palacio, Andres) (Entered: 07/16/2024) |
| 07/17/2024 | 127 | STATUS REPORT by USA as to Kara Sternquist, Letter from MDC Staff Attorney Rachel K. Kull. (Attachments: # 1 Letter from MDC Clinical Director Bruce Bialor, MD) (CC) (Entered: 07/17/2024) |
| 07/17/2024 | | Order as to Kara Sternquist re 127 1 – Sealed Document CR, Status Report filed by USA –– The Government and Bureau of Prisons shall provide a further status report concerning defendant's medical treatment by **July 22, 2024 at 12:00 noon**. So Ordered by Judge Dora Lizette Irizarry on 7/17/2024. (CC) (Entered: 07/17/2024) |
| 07/22/2024 | 128 | MOTION for Leave to Electronically File Document under Seal by USA as to Kara Sternquist. (Attachments: # 1 Status Report Letter, # 2 Follow–up Letter from |

| | | |
|---|---|---|
| | | Physician) (CC) (Entered: 07/22/2024) |
| 07/23/2024 | | ORDER granting 128 Motion for Leave to Electronically File Document under Seal as to Kara Sternquist (1). The document will be filed under seal by the Clerk of Court. The status report and follow−up letter from the physician will be addressed at the sentencing hearing scheduled for August 2, 2024 at 2:15 PM. So Ordered by Judge Dora Lizette Irizarry on 7/23/2024. (CC) (Entered: 07/23/2024) |
| 07/26/2024 | 129 | Letter to Judge Irizarry from AUSA F. Turner Buford as to Kara Sternquist, advising of new information related to treatment and inmate transfer. (Attachments: # 1 Sealed Cover Sheet) (CC) (Entered: 07/26/2024) |
| 07/26/2024 | | Status Report Order as to Kara Sternquist re 129 1 − Sealed Document CR, Letter −− The Court is in receipt of the government's letter advising that, yet again, a medical facility which is entrusted with the care of federal inmates is being closed by the state for not complying with state codes and regulations. It is unacceptable that the defendant be transferred back to the MDC as that facility is utterly incapable of providing the requisite care. The government shall find a suitable medical facility forthwith and provide the Court with an update by no later than July 29, 2024. So Ordered by Judge Dora Lizette Irizarry on 7/26/2024. (CC) (Entered: 07/26/2024) |
| 07/29/2024 | 130 | STATUS REPORT by USA as to Kara Sternquist re medical treatment and facility transfer. (Attachments: # 1 Sealed Cover Sheet) (CC) (Entered: 07/30/2024) |
| 07/30/2024 | | ORDER as to Kara Sternquist re 130 1 − Sealed Document CR, Status Report filed by USA −− The Court has received the most recent status report from the government as to the defendant's placement in appropriate medical facility as opposed to being transferred to the MDC (improperly) and, as the defendant has been transferred to a medical facility, no action is deemed necessary at this time. So Ordered by Judge Dora Lizette Irizarry on 7/30/2024. (CC) (Entered: 07/30/2024) |
| 08/02/2024 | | Minute Entry for proceedings held before Judge Dora Lizette Irizarry: Sentencing held on 8/2/2024 for Kara Sternquist (1). *Appearances: AUSA Turner Burford; USPO Brian Woo; Federal Defenders by Allegra Glashausser for Kara Sternquist (present).* Court explains sentencing procedure and lists documents received. PSR adopted. Court reads opinion into the record concerning defendant's *Cargill* objection. Statements of the government, defense counsel, and defendant heard prior to the imposition of sentence. Defendant sentenced on count 3 of the Indictment to 60 months in custody; 3 years of supervised release with special conditions: 1. Search condition; 2. Mental health evaluation and participation in treatment if deemed necessary; 3. May not possess a firearm, ammunition, or destructive device. $100 special assessment. No fine due to inability to pay. Restitution not applicable. Counts 1 and 2 previously dismissed. Recs. to BOP: 1. Designation to FMC Carswell or FMC Lexington or another women's medical facility; 2. Provide gender−affirming and other medical care. Forfeiture order will be attached to judgment. Government to provide a Status Report by August 7, 2024 regarding medical issues discussed on the record; BOP to be advised that failure to act on these issues may result in a finding of contempt. Court takes notice of defense counsel's objection to sentence imposed. (Court Reporter Stacy Mace.) (CC) (Entered: 08/02/2024) |
| 08/06/2024 | 131 | NOTICE OF APPEAL by Kara Sternquist (Glashausser, Allegra) (Entered: 08/06/2024) |
| 08/06/2024 | | Electronic Index to Record on Appeal as to Kara Sternquist sent to US Court of Appeals 131 Notice of Appeal − Final Judgment Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 08/06/2024) |
| 08/07/2024 | 132 | Medical STATUS REPORT by USA as to Kara Sternquist (Attachments: # 1 Sealed Cover Sheet) (CC) (Entered: 08/08/2024) |
| 08/09/2024 | 133 | JUDGMENT as to Kara Sternquist (1). Count(s) 1, 2: Dismissed without prejudice pursuant to the Government's motion at the Change of Plea Hearing held on 12/20/2023. Count(s) 3: Deft. sentenced to 60 months in custody, followed by 3 years of Supervised release with Special Conditions: 1. Search condition; 2. Mental health evaluation and participation in treatment if deemed necessary; 3. May not possess a |

| | | firearm, ammunition, or destructive device. $100 special assessment. No fine due to inability to pay. Restitution not applicable. Counts 1 and 2 previously dismissed. Recs. to BOP: 1. Designation to FMC Carswell or FMC Lexington or another women's medical facility; 2. Provide gender–affirming and other medical care. Ordered by Judge Dora Lizette Irizarry on 8/8/2024. (Attachments: # 1 Final Forf Order). (MLR) (Entered: 08/09/2024) |