**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
**CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B**

<u>**TO BE COMPLETED BY ATTORNEY:**</u>

**CASE NAME:** UNITED STATES OF AMERICA _ v.
KARA STERNQUIST

**DOCKET NUMBER:** 24-2135

**COUNSEL'S NAME:** Federal Defenders of New York

**COUNSEL'S ADDRESS:** 52 Duane Street - 10th Floor
New York, N.Y. 10007

**COUNSEL'S PHONE:** (212) 417-8742

**QUESTIONNAIRE**

[✓] I am ordering a transcript.

[ ] I am not ordering a transcript. Reason: [ ] Daily copy available  [ ] U.S. Atty. placed order
[ ] Other (attach explanation)

**TRANSCRIPT ORDER**

Prepare transcript of

[✓] Pre-trial proceedings: Change of Plea: December 20, 2023
(Description & Dates)

[ ] Trial: _____
(Description & Dates)

[✓] Sentencing: August 2, 2024
(Description & Dates)

[ ] Post-trial proceedings: _____
(Description & Dates)

I, Barry D. Leiwant , hereby certify that I will make satisfactory arrangements with
(counsel's name)

the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [✓] Funds  [ ] CJA Form 24

*Barry D. Leiwant*                    8/14/2024
Counsel's Signature                   Date

<u>**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**</u>

**ACKNOWLEDGMENT**

Date order received: _____      Estimated Number of Pages: _____

Estimated completion date: _____

_____                          _____
Court Reporter's Signature            Date

**Attorney(s):** Send completed form to the U.S. District Court as that court may require and send copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.
**Court Reporter(s):** Send completed acknowledgement to the Court of Appeals Clerk.