**Federal Defenders**
OF NEW YORK, INC.

Appeals Bureau
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8742 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Barry D. Leiwant
*Attorney-in-Charge*

August 28, 2024

**BY ACMS**

Honorable Catherine O'Hagan Wolfe
Clerk
United States Court of Appeals
  for the Second Circuit
United States Courthouse
40 Centre Street
New York, New York 10007

    Re:    **United States v. Kara Sternquist**
            **Docket No. 24-2135-cr**

Dear Ms. Wolfe:

    In this appeal, the Court issued a docketing notice on August 14, 2024. This office is in the process of obtaining the full record of this case. We will inform the Court in 14 days of our progress.

Respectfully,

*Barry D. Leiwant*
**BARRY D. LEIWANT**
Attorney-in-Charge

BDL/av

cc: Andres Palacio, Esq.
    Assistant United States Attorney
    Eastern District of New York
    (by ACMS)