**Federal Defenders**
OF NEW YORK, INC.

Appeals Bureau
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8742 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Barry D. Leiwant
*Attorney-in-Charge*

September 11, 2024

**BY ACMS**

Honorable Catherine O'Hagan Wolfe
Clerk
United States Court of Appeals
  for the Second Circuit
United States Courthouse
40 Centre Street
New York, New York 10007

       **Re:**   **United States v. Kara Sternquist**
            **Docket No. 24-2135-cr**

Dear Ms. Wolfe:

    On August 28, 2024, we provided the Court with an update letter because we had not yet received the transcripts. The record became complete today, September 11, 2024. We are requesting a filing date of December 11, 2024, which is 91 days from the date the record became complete.

                                Respectfully,

                                  *Barry D. Leiwant*
                                **BARRY D. LEIWANT**
                                Attorney-in-Charge

BDL/av

cc: Andres Palacio, Esq.
    Assistant United States Attorney
    Eastern District of New York
     (by ACMS)