# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of September, two thousand twenty-four,

United States of America,

       Appellee,

v.

Kara Sternquist, AKA Cara Sandiego, AKA Kara Withersea,

       Defendant - Appellant.

**ORDER**
Docket No. 24-2135

Counsel for APPELLANT Kara Sternquist has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting December 11, 2024 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before December 11, 2024. If the brief is not filed by that date, counsel may be subject to an order to show cause why a financial sanction should not be imposed under Local Rule 27.1(h) for the default.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

