# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** UNITED STATES OF AMERICA v. KARA STERNQUIST   **Docket No.:** 24-2135

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Allegra Glashausser, Esq.

**Firm:** Federal Defenders of New York

**Address:** 52 Duane Street - 10th Floor, New York, N.Y. 10007

**Telephone:** (212) 417-8742    **Fax:** (212) 571-0392

**E-mail:** allegra_glashausser@fd.org; estefania_cabrera@fd.org

**Appearance for:** Defendant-Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Barry D. Leiwant, Esq. )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on AUGUST 2020     OR

☐ I applied for admission on _____ .

**Signature of Counsel:** *Allegra Glashausser*

**Type or Print Name:** ALLEGRA GLASHAUSSER