

U.S. Department of Justice

United States Attorney
Eastern District of New York

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 11, 2025

By ACMS

The Honorable Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

   Re: United States v. Sternquist
      Docket No. 24-2135

Dear Ms. Wolfe:

   Pursuant to Federal Rule of Appellate Procedure 28(j), the government respectfully submits this letter to address the Court's decision in *Zherka v. Bondi*, — F.4th —, No. 22-1108, 2025 WL 1618440 (2d Cir. Jun. 9, 2025).

   First, *Zherka* reaffirmed Circuit precedent holding that the felon-in-possession statute, 18 U.S.C. § 922(g)(1), is facially constitutional. *See id.* at *5 (*United States v. Bogle*, 717 F.3d 281 (2d Cir. 2013) remains good law).

   Second, applying the standard set forth in *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022), *Zherka* further held that Section 922(g)(1) is constitutional as applied to nonviolent felons. *Zherka*, 2025 WL 1618440, at *18-22 (statute not susceptible to as-applied challenges "regardless of whether the crime of conviction is nonviolent" since Congress has authority to "disarm[] large classes of people based on status alone").

   *Zherka* therefore disposes of the facial and as-applied challenges mounted to

Sternquist's conviction under Section 922(g)(1). (*See, e.g.*, Br. 3 (requesting ruling "that pursuant to *Bruen*," the "conviction is unconstitutional facially and as applied" to Sternquist)).

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ _____
Anthony Bagnuola
Frank Turner Buford
Andrés Palacio
Assistant U.S. Attorneys
(718) 254-7000

cc: Counsel of Record (via ACMS)

2