# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200 Fax: (718) 855-0760

---

Tamara L. Giwa
*Executive Director and Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

June 20, 2025

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, NY 10007

Re: *United States v. Kara Sternquist*, **No. 24–2135**

Dear Ms. Wolfe,

    I submit this letter pursuant to Federal Rule of Appellate Procedure 28(j), in response to the government's submission about *Zherka v. Bondi*, No. 22-1108-CV, 2025 WL 1618440 (2d Cir. June 9, 2025). Unless *Zherka* is reconsidered *en banc* by the Circuit or the Supreme Court grants certiorari, *Zherka* forecloses the Second Amendment facial and as-applied challenges to Ms. Sternquist's conviction. Ms. Sternquist does, however, maintain her Second Amendment arguments for purposes of preservation and further review.

    Ms. Sternquist's appeal, however, also raises numerous meritorious sentencing arguments that are not impacted by *Zherka*. These arguments include that the sentence was procedurally unreasonable because the district court incorrectly calculated the guidelines, relied on incorrect facts, made inappropriate remarks connecting Ms. Sternquist's crime of possessing unloaded guns with the September 11th terrorist attacks, and failed to properly consider sentencing disparities. These arguments also include that a 60-month sentence was substantively unreasonable for Ms. Sternquist, who was shackled to a bed for two years even though she is paralyzed from the waist down and whose conviction was for possessing guns after receiving death threats because she is a transwoman. For one or all of these sentencing errors, this Court should vacate Ms. Sternquist's sentence.

Sincerely,
/s/ Allegra Glashausser
Assistant Federal Defender
Tel. (212) 417–8739