# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 16, 2025

Clerk
United States Court of Appeals for the Second
Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY  10007

     Re:  Kara Sternquist, aka Cara Sandiego, aka Kara Withersea
          v. United States
          No. 25-5656
          (Your No. 24-2135)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 12, 2025 and placed on the docket September 16, 2025 as No. 25-5656.

Sincerely,

**Scott S. Harris**, Clerk

by

Pipa Fisher
Case Analyst